UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHEILA MILLS KENNEDY, individually, DARCEL BURT, individually,<br><br>Plaintiff,<br><br>v.<br><br>DERINA THOMAS, individually, KEOLIS TRANSIT SERVICES, LLC, a foreign limited-liability company; ROE BUS TRANSIT COMPANY; ROES BUS COMPANY; DOE DRIVER I; DOES I through X, inclusive; ROE COMPANIES XI through XX, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00548-JAD-EJY<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion to Extend Time for Service of the Summons and Complaint (ECF No. 25). No opposition or response to Plaintiffs' Motion was received by the Court.

The Court adopts the facts and timeline established by those facts as stated in Plaintiffs' Motion (*Id*. at 2-3). These facts establish that Plaintiffs have been diligent in attempting to serve Defendant Derina Thomas. And, as Plaintiffs note, good cause for an extension of time to effect service is generally equated with diligence. Fed. R. Civ. P. 4(m)

Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Extend Time for Service of the Summons and Complaint (ECF No. 25) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall have through and including September 2, 2020 to effect service on Defendant Derina Thomas.

Dated this 20th day of July, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1